UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JACKSON, <br><br> Plaintiff, <br><br> - against - <br><br> THE SCOTTS COPMANY, <br><br> Defendant. | **JUDGE KAPLAN** <br> Federal Rule of Civil Procedure 7.1 <br> DISCLOSURE STATEMENT <br><br> 08 CV 1064 <br><br> FEB 01 2008 <br> U.S.D. N.Y. <br> CASHIERS |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Scotts Company LLC ("Scotts" or "Defendant") (incorrectly named in the Complaint as "The Scotts Company") hereby files this Corporate Disclosure Statement.

Counsel for Defendant certifies that The Scotts Miracle-Gro Company is a parent corporation of The Scotts Company LLC, and that The Scotts Miracle-Gro Company is the only publicly held corporation that owns 10% or more of the stock of The Scotts Company LLC.

Dated: February 1, 2008

JONES DAY

*/s/ Craig S. Friedman*

Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro have vice* application to be filed)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939
(212) 755-7306 (facsimile)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT to be served on the following counsel of record this 1st day of February, 2008 by forwarding a copy, by First Class mail, addressed to:

>Sandra D. Frelix, Esq.
>110 Wall Street, 11th Floor
>New York, New York 10005
>(212) 859-3509

_____
Craig S. Friedman