UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARIA JACKSON

          Plaintiff,

                           08 CIVIL 1064 (LAK)

  -against-

THE SCOTTS COMPANY

          Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Craig S. Friedman__

☒  *Attorney*

  ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
     __CF-1988__

  ☐  I am a Pro Hac Vice attorney

  ☐  I am a Government Agency attorney

☒  *Law Firm/Government Agency Association*

  From: __Edwards Angell Palmer & Dodge LLP__

  To:  __Jones Day__

  ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒  *Address:*  __222 East 41st Street, New York, NY 10017__

☒  *Telephone Number:*  __(212) 326-3939__

☒  *Fax Number:*  __(212) 755-7306__

☒  *E-Mail Address:*  __csfriedman@jonesday.com__

Dated: __2/11/08__          *[signature]*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS to be served on the following counsel of record this 11th day of February, 2008 by forwarding a copy, by First Class mail, addressed to:

> Sandra D. Frelix, Esq.
> 110 Wall Street, 11th Floor
> New York, New York 10005
> (212) 859-3509

*[signature]*
Craig S. Friedman

NY1-4063519v1