SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| MARIA JACKSON, | Index No. 08 CV 1064 (LAK) |
| Plaintiff, | ORDER GRANTING MOTION TO REMAND ACTION TO STATE COURT |
| -against- | |
| THE SCOTTS COMPANY, | |
| Defendant. | |

-----------------------------------------------------------X

A hearing will been held at the discretion of this Court on the plaintiff's motion to remand and it appearing to the Court that the Court has no jurisdiction over this action, it is ORDERED that:

1. Plaintiff's motion to remand is granted.

2. This action is remanded to the Supreme Court of the State of New York County of Bronx.

3. Plaintiff is awarded all costs incurred as a result of the defendant's removal of this action from state court.

Dated: February      , 2008
       New York, New York

_____
The Honorable Lewis A. Kaplan
United States District Judge