SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA JACKSON,                                    Index No. 08 CV 1064 (LAK)

              Plaintiff,                      MOTION AND NOTICE OF
                                                   MOTION TO REMAND
                                                   ACTION TO STATE COURT

    -against-

THE SCOTTS COMPANY,

              Defendant.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that on a date to be determined by this Court, or as soon thereafter as counsel can be heard, plaintiff will move the Court, at Courtroom No. 12D, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order remanding this action to state court. This motion and attached affidavit is based on 28 U.S.C.A. §1445(c) which states the following:

1.   "A civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States."

2.   The plaintiff in this case has claims of disparate treatment and retaliation against the defendant arising under New York state worker's compensation laws.

3.   No other basis for federal jurisdiction exists or has been claimed.

4. This Court therefore has no original jurisdiction over this action. Plaintiff will also move this Court for an order directing defendant to pay all costs plaintiff has incurred as a result of defendant's removal of this action.

Dated: New York, New York
       February 20, 2008

> Respectfully submitted,
>
> SANDRA D. FRELIX, ESQ.
>
> By: *[signature]*
> Sandra D. Frelix, Esq. (SF-0421)
> 110 Wall Street, 11th Floor
> New York, NY 10005
> Telephone: (212) 859-3509
> Facsimile:  (212) 862-8212
>
> ATTORNEY FOR PLAINTIFF

To: Craig S. Friedman, Esq. (CF-1988)
    Matthew W. Lampe, Esq. (*pro hac vice* application pending)
    JONES DAY
    322 East 41st Street
    New York, New York 10017

    ATTORNEYS FOR DEFENDANT

SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA JACKSON,                                              Index No. 08 CV 1064 (LAK)

                Plaintiff,                          ORDER GRANTING MOTION
                                                             TO REMAND
                                                    ACTION TO STATE COURT

    -against-

THE SCOTTS COMPANY,

                Defendant.
------------------------------------------------------------X

A hearing will been held at the discretion of this Court on the plaintiff's motion to remand and it appearing to the Court that the Court has no jurisdiction over this action, it is ORDERED that:

    1.    Plaintiff's motion to remand is granted.

    2.    This action is remanded to the Supreme Court of the State of New York County of Bronx.

    3.    Plaintiff is awarded all costs incurred as a result of the defendant's removal of this action from state court.

Dated: February    , 2008
       New York, New York

                                                  The Honorable Lewis A. Kaplan
                                                  United States District Judge