SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARIA JACKSON,

        Plaintiff,

-against-

THE SCOTTS COMPANY,

        Defendant.
-----------------------------------------------------------X

Index No. 08 CV 1064 (LAK)

AFFIDAVIT IN SUPPORT OF
MOTION TO REMAND
ACTION TO STATE COURT

1. I, Maria Jackson, am the plaintiff in the above-referenced caption.

2. I am a former employee of The Scotts Company (the "Company").

3. I was injured on or about January 10, 2005 while executing my duties as an employee of the Company.

4. The Company subjected me to disparate treatment and retaliated against me by denying me my worker's compensation benefits when I was and still am entitled to them.

5. I am also entitled to retroactive worker's compensation benefits.

6. I intend to litigate, in my present suit against the Company, how the Company subjected me to disparate treatment and retaliated against me by denying me my worker's compensation benefits.

Dated: February 19, 2008
New York, New York

*Maria Jackson*
MARIA JACKSON

Subscribed and sworn to

before me this ___19___ day

of February, __2008__.

_____
Notary Public for the State of New York

ALLAN HERZLICH
NOTARY PUBLIC State of New York
NO. 6876320
QUALIFIED IN QUEENS COUNTY
Commission Expires Dec. 31, 20__10__