SANDRA D. FRELIX, ESQ. (SF-0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
(212) 862-8212 (facsimile)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARIA JACKSON,                                    Index No. 08 CV 1064 (LAK)

                    Plaintiff,                    MOTION AND NOTICE OF
                                                  MOTION FOR RELIEF
                                                  FROM ORDER

          -against-

THE SCOTTS COMPANY,

                    Defendant.
-----------------------------------------------------------X

To:   Craig S. Friedman, Esq. (CF-1988)
      Matthew W. Lampe, Esq. (*pro hac vice* application pending)
      Attorneys for Defendant
      Jones Day
      222 East 41st Street
      New York, New York 10017-6702
      (212) 326-3939
      (212) 755-7306 (facsimile)

      PLEASE TAKE NOTICE that on a date to be determined by this Court, or as

soon thereafter as counsel can be heard, plaintiff will move the Court, at Courtroom No.

12D, United States Courthouse, 500 Pearl Street, New York, New York 10007, to enter

an order relieving plaintiff and plaintiff's counsel (sanctions) from the operation of this

court's order dated February 21, 2008 pursuant to Fed. R. Civ. P 60(b). This motion will

be made on the grounds that:

SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIA JACKSON,                                    Index No. 08 CV 1064 (LAK)

           Plaintiff,                              AFFIRMATION IN SUPPORT
                                                  OF RELIEF FROM ORDER

    -against-


THE SCOTTS COMPANY,

           Defendant.

-------------------------------------------------------------X

1.      I, Sandra D. Frelix, Esq. am the attorney for the plaintiff in the above-referenced caption. I affirm the following under the penalty of perjury.

2.      On or about February 20, 2008 the undersigned began suffering from the flu.

3.      As a result of suffering from the flu the undersigned failed to respond to Judge Kaplan's February 21, 2008 Order.

4.      The undersigned suffered from the flu for approximately two (2) weeks.

5.      The undersigned did not learn of Judge Kaplan's February 21, 2008 Order until he transmitted his March 5, 2008 electronic notice.

Index No. : 08 CV 1064 (LAK)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MARIA JACKSON**

                                *Plaintiff,*

    -against-


**THE SCOTTS COMPANY**
                           *Defendant.*

---

## MOTION AND NOTICE OF MOTION FOR RELIEF FROM ORDER AFFIRMATION

---

                      **Sandra D. Frelix, Esq.**
                      **Attorney at Law**
                      **110 Wall Street, 11th Floor**
                      **New York, New York 10005**
                      **(212) 859-3509**
                      **Attorney for Plaintiff**

---

*To:* **Craig S. Friedman, Esq. (CF-1988)**
     **Matthew W. Lampe, Esq. (Pro Hac Vice application pending)**
     **JONES DAY**
     **322 East 41st Street**
     **New York, New York 10017**
     **ATTORNEY FOR DEFENDANT**

---

*Service of a copy of the within*                       *is hereby*
*admitted.*
*Dated*:

---

*NOTICE OF SETTLEMENT:*
    *PLEASE TAKE NOTICE*
    that a              of which the within is a true copy will be presented for
          settlement to
    one of the judges of the within named court at             on
       200   , at 9:30 A. M.

    *Dated*:
    *To*: