SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARIA JACKSON,                                           Index No. 08 CV 1064 (LAK)

               Plaintiff,                        AFFIRMATION IN SUPPORT
                                  OF RELIEF FROM ORDER

   -against-

THE SCOTTS COMPANY,

               Defendant.
-------------------------------------------------------X

    1.    I, Sandra D. Frelix, Esq. am the attorney for the plaintiff in the above-referenced caption. I affirm the following under the penalty of perjury.

    2.    On or about February 20, 2008 the undersigned began suffering from the flu.

    3.    As a result of suffering from the flu the undersigned failed to respond to Judge Kaplan's February 21, 2008 Order.

    4.    The undersigned suffered from the flu for approximately two (2) weeks.

    5.    The undersigned did not learn of Judge Kaplan's February 21, 2008 Order until he transmitted his March 5, 2008 electronic notice.

Dated: March 18, 2008
      New York, New York

*[signature]*
SANDRA D. FRELIX (SF-0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509

ATTORNEY FOR PLAINTIFF


To: Craig S. Friedman, Esq. (CF-1988)
    Matthew W. Lampe, Esq. (Pro Hac Vice application pending)
    JONES DAY
    322 East 41st Street
    New York, New York 10017

    ATTORNEY FOR DEFENDANT