SANDRA D. FRELIX, ESQ. (SF-0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
(212) 862-8212 (facsimile)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| MARIA JACKSON, | Index No. 08 CV 1064 (LAK) |
| Plaintiff, | MOTION AND NOTICE OF MOTION FOR LEAVE TO AMEND PLEADING |
| -against- | |
| THE SCOTTS COMPANY, | |
| Defendant. | |

------------------------------------------------------------X

To: Craig S. Friedman, Esq. (CF-1988)
Matthew W. Lampe, Esq. (*pro hac vice* application pending)
Attorneys for Defendant
Jones Day
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939
(212) 755-7306 (facsimile)

PLEASE TAKE NOTICE that on a date to be determined by this Court, or as soon thereafter as counsel can be heard, plaintiff will move the Court, at Courtroom No. 12D, United States Courthouse, 500 Pearl Street, New York, New York 10007, for leave to amend Complaint pursuant to Fed. R. Civ. P. 15(a). This motion will be made on the grounds that:

1. The amendment is necessary to repair jurisdictional allegations and add claims.

2. The amendment will not prejudice any party to this action.

3. A copy of the proposed amended Complaint is attached as Exhibit 1.

This motion is accompanied by the attached affirmation and memorandum of law in support of this motion.

Dated: New York, New York
       March 18, 2008

                Respectfully submitted,

                SANDRA D. FRELIX, ESQ.

                By: __/s/ Sandra D. Frelix__
                    Sandra D. Frelix, Esq. (SF-0421)
                    110 Wall Street, 11th Floor
                    New York, NY 10005
                Telephone: (212) 859-3509
                Facsimile: (212) 862-8212

                ATTORNEY FOR PLAINTIFF