SANDRA D. FRELIX, ESQ. (0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA JACKSON,                                                  Index No. 08 CV 1064 (LAK)

                Plaintiff,                              AFFIRMATION IN SUPPORT
                                                                OF AMENDING
                                                                COMPLAINT

-against-

THE SCOTTS COMPANY,

                Defendant.
------------------------------------------------------------X

1.    I, Sandra D. Frelix, Esq. am the attorney for the plaintiff in the above-referenced caption. I affirm the following under the penalty of perjury.

2.    That allegations 47 thru 50 and 62 and 63 were included in the complaint not only to illustrate how the Plaintiff was being discriminated against by the Defendant as it relates to her co-workers. But, also to demonstrate how she was discriminated against as it pertains to her New York State Workers' Compensation benefits.

Dated: March 18, 2008
      New York, New York

*[signature]*
SANDRA D. FRELIX (SF-0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509

ATTORNEY FOR PLAINTIFF

To: Craig S. Friedman, Esq. (CF-1988)
    Matthew W. Lampe, Esq. (Pro Hac Vice application pending)
    JONES DAY
    322 East 41st Street
    New York, New York 10017

    ATTORNEY FOR DEFENDANT

EXHIBIT 1

SANDRA D. FRELIX, ESQ. (SF-0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
(212) 862-8212 (facsimile)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA JACKSON,                                              Index No. 08 CV 1064 (LAK)

                Plaintiff,

                                                   FIRST AMENDED COMPLAINT

     -against-

THE SCOTTS COMPANY,

                Defendant.
------------------------------------------------------------X