KAPLAN, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

RECEIVED
APR 11 2008
JUDGE KAPLAN'S CHAMBER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA JACKSON,

    Plaintiff,

-against-

THE SCOTTS COMPANY

    Defendant.

08 Civ. 1064 (LAK)

### Consent Scheduling Order

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after May 12, 2008.

2. No amendments to the pleadings will be permitted after May 12, 2008.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before June 9, 2008;

    (b) rebuttal expert witnesses on or before July 14, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before September 5, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before October 10, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with

any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: April 11, 2008

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

SANDRA D. FRELIX, ESQ.

By: _____
Sandra D. Frelix (SF-0424)
110 Wall Street, 11th Floor
New York, New York 10005
(212) 859-3509

*Attorneys for Plaintiff*

JONES DAY

By: _____
Craig S. Friedman (CF-1988)
Matthew W. Lampe (pro hac vice application pending)
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Attorneys for Defendant*