Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice* application pending)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA JACKSON,

    Plaintiff,

-against-

THE SCOTTS COMPANY

    Defendant.

08 Civ. 1064 (LAK)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Craig S. Friedman, sworn to on February 5, 2008, and the exhibits attached thereto, Defendant The Scotts Company LLC (incorrectly named in the Complaint as "The Scotts Company") ("Defendant" or "Scotts"), will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to Civil Rule 1.3(c) of the Local Rules Of The United States District Courts For The Southern And Eastern

MEMO ENDORSED

Granted

SO ORDERED
LEWIS A. KAPLAN, USDJ
5/1/08