Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JACKSON,<br><br>       Plaintiff,<br><br>    -against-<br><br>THE SCOTTS COMPANY<br><br>       Defendant. | 08 Civ. 1064 (LAK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Craig S. Friedman, dated June 4, 2008, together with the exhibits thereto, and the accompanying memorandum of law, Defendant The Scotts Company LLC (incorrectly named in the Complaint as "The Scotts Company") will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to 28 U.S.C. § 1927 for sanctions against Plaintiff's counsel, Sandra Frelix, Esq., and pursuant to the Court's inherent power for sanctions against Plaintiff and Ms. Frelix.

Dated:   June 4, 2008                                JONES DAY

                                                      /s/ Craig S. Friedman
                                                    _____
                                                     Craig S. Friedman (CF-1988)
                                                     Matthew W. Lampe (*pro hac vice*)
                                                     222 East 41st Street
                                                     New York, New York 10017
                                                     (212) 326-3939
                                                     Attorneys for Defendant

TO: Sandra Frelix, Esq.
110 Wall Street, 11th Floor
New York, New York 10005

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF MOTION, attached DECLARATION OF CRAIG S. FRIEDMAN, and the exhibits thereto, to be served on the following counsel of record this 4th day of June, 2008 by forwarding a copy, by First Class Mail, addressed to:

> Sandra D. Frelix, Esq.
> 110 Wall Street, 11th Floor
> New York, New York 10005
> (212) 859-3509

/s/ Craig S. Friedman
_____
Craig S. Friedman