SANDRA D. FRELIX, ESQ. (SF-0421)
110 Wall Street
11th Floor
New York, New York 10005
(212) 859-3509
(212) 862-8212 (facsimile)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

MARIA JACKSON,                                   Index No. 08 CV 1064 (LAK)

        Plaintiff,                              STIPULATION

    -against-

THE SCOTTS COMPANY,

        Defendant.          *in support of Plaintiff, May 20, 2008*
--------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendant. That Plaintiff's time to reply ~~to the Defendant's Motion and Notice of Motion in Opposition to Plaintiff's~~ Motion and Notice of Motion to Amend the Complaint and Remand Action to State Court is hereby extended to and including June 30, 2008. There has been no prior application for the relief requested herein.

Dated: June 10, 2008
       New York, New York

SANDRA D. FRELIX, ESQ.                           JONES DAY
By _____                      By _____

Sandra D. Frelix, Esq. (SF-0421)                 Craig S. Friedman, Esq. (CF-1988)
110 Wall Street, 11th Floor                      322 East 41st Street
New York, New York 10005                         New York, New York 10017
(212) 859-3509                                   (212) 326-3414
Attorney for Plaintiff                           Attorney for Defendant

SO ORDERED: _____
                  U.S.D.J.
      6/17/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

MICROFILMED   JUN 16 2008 -3:00 PM