UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARIA JACKSON,

                Plaintiff,

        -against-                                08 Civ. 1064 (LAK)

THE SCOTTS COMPANY,

                Defendant.
------------------------------------------------------------x

[stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/-/09]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for leave to amend and to remand (DI 44) is denied, substantially for the reasons set forth in defendant's opposing memorandum (DI 49) and, to the extent relevant, prior orders of this Court.

        SO ORDERED.

Dated:       July 2, 2008

                                                  _____
                                                       Lewis A. Kaplan
                                                  United States District Judge