Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JACKSON,<br><br>Plaintiff,<br><br>-against-<br><br>THE SCOTTS COMPANY<br><br>Defendant. | 08 Civ. 1064 (LAK)<br><br>**DECLARATION OF CARMEN WEST IN IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO <u>AMEND COMPLAINT</u>** |

CARMEN WEST declares as follows:

1.  I am Director, Compliance and Integration, for Defendant The Scotts Company LLC ("Defendant" or "Scotts"). I am fully familiar with the specific matters set forth herein. I submit this declaration in opposition to Plaintiff's motion for leave to amend her complaint.

2.  My employment with Scotts began in October 2000 and I have held various managerial positions with Scotts since that time, including Manager, Human Resources Shared Services; Manager, Human Resources Information Systems; and Manager, Human Resources.

3.  Attached as Exhibit 1 is a copy of the job description for the Sales Merchandising

Manager position held by Plaintiff Maria Jackson. The attached job description was in effect in 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23 day of July, 2008.
Marysville, Ohio

CARMEN G. WEST

# EXHIBIT 1

# THE SCOTTS COMPANY
# JOB DESCRIPTION

**Job Title: Sales Merchandising Manager**  　　　Date: June 5, 2000

**Department: Field Sales**  　　　Band: D

**Division: North American Sales**  　　　Track: Indiv. Contrib.

**Title of Supervisor: District Manager**  　　　FLSA Status: ✓X ___N

## General Summary

Responsible for store level product orders to maximize sales and move-through for assigned Scotts product lines and account stores. Provides store employee training, assistance with store sets, consumer counseling and other account and store assignments as assigned by the District Manager or Regional Sales Director.

| Key Work Performed | % of Time |
|---|---|
| Takes current inventories and sells product to fill plan-o-grammed shelf space. Sells off-shelf displays and product to fill them. Enters orders and/or prepares recommended orders for store or department managers | 60% |
| Plans and directs merchandiser assignments for assigned Scotts products to include restocking shelves, racks and displays, cleaning and facing product, repairing or removing damaged items, etc. | 15% |
| Develops store level seasonal shelf set and inventory display plan to meet current and historical trends, ad schedules, etc. for all assigned Scotts product lines. | 10% |
| Sells use of Scotts point of purchase materials and installs and maintains them. | 5% |
| Completes all required reports and administrative tasks in a timely and accurate manner | 5% |
| Administers product knowledge and training for store employees and the weekend consumer counseling sessions. | 5% |

## Complexity

A.   Most difficult or most complex task or project performed by the jobholder:

Understanding the ordering procedures for the various Scotts product lines and distribution channels for segments of product lines as they apply to each account, understanding each account's ad schedules and promotional programs and implementing orders at the store level.

> Approximate time necessary to complete this task or project from start to completion:

A complete sales year is required to see how this changes for different products during the year and to learn how to implement orders through relationships with each store/department manager.

B.   Degree to which responsibilities require original thinking (provide examples of activities):

The situation in each account and at each store requires a little different approach to selling reorders, displays and use of POP depending on relationships formed with key store employees and their mode of operation.

## Supervision Exercised

A.   Number and titles of positions directly supervised:

- Merchandisers, Temporary & Part-Time (0 – 10)

B.   Number and titles of positions indirectly supervised:

- Weekend Counselors (0 – 10)

## Minimum Requirements

A.   Education:

- College degree or equivalent practical experience in the field of Business and/or Marketing

B.   Experience:

- Two years experience selling consumer products, inventory, and/or promotional displays to retail chain store and department managers.
- Supervisory experience strongly preferred.

C.   Knowledge:

- A thorough understanding of the sales and marketing sector and the role of sales and merchandising in our retail outlets.

- Knowledge of processes to prioritize a workload within a fast-paced, high priority environment.

D.  Skills and Abilities:

- Excellent verbal and written communication and presentation skills.
- Strong computer skills.
- Ability to handle conflict.
- Strong analytical, creative thinking, and accounting skills.
- Ability to lift 60 lbs.
- Ability to regularly travel overnight by automobile or airline.

**Signatures**

Immediate Supervisor: _____  Date: _____

Next Level Supervisor: _____  Date: _____

Human Resources: _____  Date: _____