UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MARIA JACKSON,

                Plaintiff,

     -against-                                             08 Civ. 1064 (LAK)

THE SCOTTS COMPANY,

                Defendant.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's attorney, Sandra D. Frelix, Esq., has been sanctioned three times in this action, by orders dated March 5, 2008, May 14, 2008 and July 3, 2008. Concerned that her client was unaware of the nature of the representation the client is receiving, the July 3, 2008 order, which perhaps was the most critical of Ms. Frelix of the three, directed Ms. Frelix "to furnish to her client copies of this order and the Court's previous orders sanctioning her and to file proof thereof on or before July 21, 2008."

        By letter dated July 21, 2008, Ms. Frelix, in purported compliance with the foregoing, wrote to the Court, enclosing what purports to be a memorandum to her client. The memorandum in turn purported to enclose "the July 3, 2008 Order, the May 14, 2008 Memorandum and Order and the March 5, 2008 Order." While it appears from the attachments to the memorandum that Ms. Frelix sent her client copies of the March 5 and May 14 orders, the third enclosure was not the July 3 order. Rather, it was a copy of the docket entry for that order printed off the ECF system. Thus, she sent a summary version of the Court's comments on her performance rather than the full order.

        Ms. Frelix is hereby directed to furnish her client with copies of the entire July 3, 2008 order and of this order on or before August 7, 2008 and to file, on or before August 14, 2008, a declaration or affidavit of service establishing that she has done so.

        SO ORDERED.

Dated:     July 29, 2008

                                                            _____
                                                            Lewis A. Kaplan
                                                            United States District Judge