Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JACKSON,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE SCOTTS COMPANY<br><br>      Defendant. | 08 Civ. 1064 (LAK)<br><br>**NOTICE OF MOTION** |

        PLEASE TAKE NOTICE, that upon the annexed Declaration of Craig S. Friedman, dated July 30, 2008, together with the exhibits thereto, and the accompanying memorandum of law, Defendant The Scotts Company LLC (incorrectly named in the Complaint as "The Scotts Company") will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) for attorneys' fees and expenses against Plaintiff and Plaintiff's counsel, Sandra Frelix, Esq.

Dated:   July 30, 2008

                                                        JONES DAY

                                                            /s/  Craig S. Friedman
                                                       _____
                                                       Craig S. Friedman (CF-1988)
                                                       Matthew W. Lampe (*pro hac vice*)
                                                       222 East 41st Street
                                                       New York, New York 10017
                                                       (212) 326-3939
                                                       Attorneys for Defendant

TO:   Sandra Frelix, Esq.
       110 Wall Street, 11th Floor
       New York, New York 10005