SANDRA D. FRELIX, ESQ.
110 WALL STREET
11th FLOOR
NEW YORK, NEW YORK 10005
212-859-3509
212-862-8212 FAX

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Maria Jackson | Sandra Frelix, Esq. |
| COMPANY: | DATE: August 7, 2008 |
| FAX NUMBER: 718-481-7277 | TOTAL NO. OF PAGES INCLUDING COVER: 10 |
| PHONE NUMBER: 718-525-6637 | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ **URGENT**   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Mrs. Jackson: Attached please find the 7/30/08 electronic notice and July 29, 2008 Order from Judge Kaplan and the July 3, 2008 electronic notice and July 3, 2008 Order. Thank you, Sandra Frelix

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to us at the above address via the U.S. Postal Service at our expense. Thank you.

| | |
|---|---|
| Subj: | **Activity in Case 1:08-cv-01064-LAK Jackson v.The Scotts Company Order** |
| Date: | 7/30/2008 9:30:59 AM Eastern Standard Time |
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| To: | deadmail@nysd.uscourts.gov |

*Sent from the Internet (Details)*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/30/2008 at 9:29 AM EDT and filed on 7/29/2008
**Case Name:**      Jackson v.The Scotts Company
**Case Number:**    1:08-cv-1064
**Filer:**
**Document Number:** 71

**Docket Text:**
ORDER, Ms. Frelix is hereby directed to furnish her client with copies of the entire 7/3/08 order and of this order on or before 8/7/08 and to file, on or before 8/14/08, a declaration or affidavit of service establishing that she has done so. (Signed by Judge Lewis A. Kaplan on 7/29/08) (cd)


**1:08-cv-1064 Notice has been electronically mailed to:**

Sandra D. Frelix  sfrelix@aol.com

Craig Friedman  csfriedman@jonesday.com, dpjacobson@jonesday.com

**1:08-cv-1064 Notice has been delivered by other means to:**

Matthew Willis Lampe
Jones Day, Reavis & Pogue - 2
222 East 41st St.
New York, NY 10017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/30/2008] [FileNumber=4855836-0
] [9093f79d5fd581ceb656a667f203e1eaeb8a78de7f430e79c8cb07f79b62edaeef0
ca35c1591144c2ef5d20caa7bf3e84b552198ec35f1fcca28721b854524f8]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARIA JACKSON,

                       Plaintiff,

       -against-                                      08 Civ. 1064 (LAK)

THE SCOTTS COMPANY,

                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's attorney, Sandra D. Frelix, Esq., has been sanctioned three times in this action, by orders dated March 5, 2008, May 14, 2008 and July 3, 2008. Concerned that her client was unaware of the nature of the representation the client is receiving, the July 3, 2008 order, which perhaps was the most critical of Ms. Frelix of the three, directed Ms. Frelix "to furnish to her client copies of this order and the Court's previous orders sanctioning her and to file proof thereof on or before July 21, 2008."

       By letter dated July 21, 2008, Ms. Frelix, in purported compliance with the foregoing, wrote to the Court, enclosing what purports to be a memorandum to her client. The memorandum in turn purported to enclose "the July 3, 2008 Order, the May 14, 2008 Memorandum and Order and the March 5, 2008 Order." While it appears from the attachments to the memorandum that Ms. Frelix sent her client copies of the March 5 and May 14 orders, the third enclosure was not the July 3 order. Rather, it was a copy of the docket entry for that order printed off the ECF system. Thus, she sent a summary version of the Court's comments on her performance rather than the full order.

       Ms. Frelix is hereby directed to furnish her client with copies of the entire July 3, 2008 order and of this order on or before August 7, 2008 and to file, on or before August 14, 2008, a declaration or affidavit of service establishing that she has done so.

       SO ORDERED.

Dated:      July 29, 2008

                                                                  _____
                                                                  Lewis A. Kaplan
                                                           United States District Judge

| | |
|---|---|
| Subj: | **Activity in Case 1:08-cv-01064-LAK Jackson v.The Scotts Company Order on Motion for Sanctions** |
| Date: | 7/3/2008 12:50:17 PM Eastern Standard Time |
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| To: | deadmail@nysd.uscourts.gov |

*Sent from the Internet (Details)*


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

**United States District Court for the Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 7/3/2008 at 12:48 PM EDT and filed on 7/3/2008
**Case Name:**     Jackson v.The Scotts Company
**Case Number:**   1:08-cv-1064
**Filer:**
**Document Number:** 56

Docket Text:
ORDER granting in part and denying in part [46] Motion for Sanctions. In all circumstances, defendant's motion [DI 46] is granted to the extent that (1) defendant shall recover of Ms. Frelix, pursuant to 28 U.S.C. 1927, the costs, expenses, and reasonable attorney's fees incurred by it in consequence of Ms. Frelix's repeated vexations and unreasonable actions, and (2) Ms. Frelix is directed to furnish to her client copies of this order and the Court's previous orders sanctioning her to file and proof thereof on or before 7/21/2008. It is denied in all other respects, the denial being without prejudice insofar as it seeks sanctions against Ms. Frelix pursuant to the inherent power of the Court should the sanctions imposed pursuant to 28 U.S.C. 1927 prove inadequate. Defendant may move within 14 days to fix the amount of the sanction to be imposed pursuant to this order. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 7/3/2008) (tve)


**1:08-cv-1064 Notice has been electronically mailed to:**

Sandra D. Frelix sfrelix@aol.com

Craig Friedman csfriedman@jonesday.com, dpjacobson@jonesday.com

**1:08-cv-1064 Notice has been delivered by other means to:**

Matthew Willis Lampe
Jones Day, Reavis & Pogue - 2
222 East 41st St.
New York, NY 10017

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/3/2008] [FileNumber=4770917-0]
[8695988746d449ea3c8f64a1e1392e69008c6db4556a00f68f7d9adc4d0bb9f139e2
db2741b2f513133c211e35af07e3742257826e4d591b91180bf2fcac0530]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIA JACKSON,

                Plaintiff,

      -against-                                  08 Civ. 1064 (LAK)

THE SCOTTS COMPANY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED 7/3/2008]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant moves for sanctions, pursuant to the Court's inherent power, against both plaintiff and her counsel, Sandra D. Frelix, Esq., and, in addition, pursuant to 28 U.S.C. § 1927,[1] against Ms. Frelix. It seeks dismissal of the action and an order requiring plaintiff and Ms. Frelix to reimburse defendant for the costs, expenses, and reasonable attorney's fees incurred as a result of their vexatious and unreasonable multiplication of the proceedings. Plaintiff and her counsel, as has occurred previously, have failed to respond to the motion.

        Ms. Frelix already has been sanctioned twice in this action for frivolous assertions, most notably her baseless contention that the New York Workers' Compensation Law (the "WCL") proscribes discrimination on the basis of race – a contention that she repeatedly has made, even after having been sanctioned for doing so, in a vain attempt to have this action remanded to the state court from which it was removed, where she doubtless feels more comfortable. *See* Tr., May 2, 2008, at 6. This motion is occasioned by more of the same.

        In view of the default on the motion, it is unnecessary to say very much. As defendant argues, plaintiff's motion to amend and remand [DI 44] was entirely frivolous at least because it sought yet again to assert the claim of race discrimination based on the WCL and sought to reassert other causes of action that previously were dismissed by this Court. *See* Def. Mem. 9-12.

---

[1]     Section 1927 provides that "[a]ny attorney ... who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

2

This and prior motions for leave to amend plainly were filed in bad faith – indeed, although the Court previously avoided determining whether Ms. Frelix acted in bad faith, it is compelled in all the circumstances to the conclusion that she has acted in bad faith throughout this action. She has evidenced an unsettling willingness to say or do whatever she perceives might advance her goal of getting this case back to Bronx County Supreme Court without regard to case law or prior rulings of this Court. In view of Ms. Frelix's bad faith, which the Court finds is both objective and subjective, and unreasonable conduct and the fact that it has been undertaken for the improper purpose of obtaining a remand to which she is not entitled, sanctions under Section 1927 are appropriate.[2] *See, e.g., Revson v. Cinque & Cinque, P.C.*, 221 F.3d 71, 78-80 (2d Cir. 2000). Moreover, as defendant has pointed out, this is not the first court to sanction her.

The question of dismissal or other sanctions upon plaintiff is another matter. Defendant has failed even to attempt to demonstrate that plaintiff is responsible in any way for Ms. Frelix's behavior.

In all the circumstances, defendant's motion [DI 46] is granted to the extent that (1) defendant shall recover of Ms. Frelix, pursuant to 28 U.S.C. § 1927, the costs, expenses, and reasonable attorney's fees incurred by it in consequence of Ms. Frelix's repeated vexatious and unreasonable actions, and (2) Ms. Frelix is directed to furnish to her client copies of this order and the Court's previous orders sanctioning her and to file proof thereof on or before July 21, 2008. It is denied in all other respects, the denial being without prejudice insofar as it seeks sanctions against Ms. Frelix pursuant to the inherent power of the Court should the sanctions imposed pursuant to 28 U.S.C. § 1927 prove inadequate. Defendant may move within 14 days to fix the amount of the sanction to be imposed pursuant to this order.

SO ORDERED.

Dated:     July 3, 2008

_____
Lewis A. Kaplan
United States District Judge

---

[2] In view of Ms. Frelix's failure to oppose the sanctions motion, there is no need for a hearing or oral argument.

Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JACKSON,<br><br>Plaintiff,<br><br>-against-<br><br>THE SCOTTS COMPANY<br><br>Defendant. | 08 Civ. 1064 (LAK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Craig S. Friedman, dated June 4, 2008, together with the exhibits thereto, and the accompanying memorandum of law, Defendant The Scotts Company LLC (incorrectly named in the Complaint as "The Scotts Company") will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to 28 U.S.C. § 1927 for sanctions against Plaintiff's counsel, Sandra Frelix, Esq., and pursuant to the Court's inherent power for sanctions against Plaintiff and Ms. Frelix.

Dated:   June 4, 2008

JONES DAY

/s/ Craig S. Friedman
_____

Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice*)
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

- 2 -

TO:   Sandra Frelix, Esq.
      110 Wall Street, 11th Floor
      New York, New York 10005

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF MOTION, attached DECLARATION OF CRAIG S. FRIEDMAN, and the exhibits thereto, to be served on the following counsel of record this 4th day of June, 2008 by forwarding a copy, by First Class Mail, addressed to:

> Sandra D. Frelix, Esq.
> 110 Wall Street, 11th Floor
> New York, New York 10005
> (212) 859-3509

/s/ Craig S. Friedman
_____
Craig S. Friedman

```
                    TRANSMISSION VERIFICATION REPORT

                                                  TIME   : 08/07/2008 09:00
                                                  NAME   : S. FRELIX
                                                  FAX    : 2128628212
                                                  SER.#  : BROA6F772830


DATE,TIME                          08/07  08:58
FAX NO./NAME                       17184817277
DURATION                           00:01:52
PAGE(S)                            10
RESULT                             OK
MODE                               STANDARD
                                   ECM
```

```
                    TRANSMISSION VERIFICATION REPORT

                                                  TIME   : 08/07/2008 09:13
                                                  NAME   : S. FRELIX
                                                  FAX    : 2128628212
                                                  SER.#  : BROA6F772830


         DATE,TIME              08/07  09:11
         FAX NO./NAME           17184817277
         DURATION               00:01:21
         PAGE(S)                10
         RESULT                 OK
         MODE                   STANDARD
                                ECM
```

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the foregoing 7/3/08 and 7/30/08 electronic notices, Judge Kaplan's 7/3/08 and 7/29/08 Orders as well as defendant's 6/4/04 Notice of Motion to be served on Plaintiff Maria Jackson on August 6, 2008 via her personal fax machine.

/s/ Sandra D. Frelix
_____
Sandra D. Frelix