Craig S. Friedman (CF-1988)
Matthew W. Lampe (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JACKSON,<br><br>    Plaintiff,<br><br>   -against-<br><br>THE SCOTTS COMPANY<br><br>    Defendant. | 08 Civ. 1064 (LAK)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Craig S. Friedman, dated August 18, 2008, together with the exhibits thereto, and the accompanying memorandum of law, Defendant The Scotts Company LLC (incorrectly named in the Complaint as "The Scotts Company") will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to Federal Rules of Civil Procedure 37(c)(1) and 37(b)(2)(iii), to preclude Plaintiff from introducing evidence of damages in this action.

Dated:    August 18, 2008

                                                   JONES DAY

                                                   /s/  Craig S. Friedman
                                        _____

                                        Craig S. Friedman (CF-1988)
                                        Matthew W. Lampe (*pro hac vice*)
                                        222 East 41st Street
                                        New York, New York 10017
                                        (212) 326-3939
                                        Attorneys for Defendant

TO:   Sandra Frelix, Esq.
      110 Wall Street, 11th Floor
      New York, New York 10005