UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA JACKSON,

                      Plaintiff,

        -against-                                          08 Civ. 1064 (LAK)

THE SCOTTS COMPANY,

                      Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion to compel further discovery [docket item 69] is granted in all respects. Plaintiff shall provide the additional discovery requested therein no later than August 28, 2008.

        Further, the Court notes that the copy of a purported fax transmission dated August 7, 2008 supplied by Ms. Frelix [docket item 77] does not comply with the order dated July 29, 2008. She is directed to comply with that order no later than August 28, 2008.

        Failure to comply with this or any other order of this Court may result in the imposition of sanctions, which may include dismissal of the action.

        SO ORDERED.

Dated:      August 18, 2008

                                                               Lewis A. Kaplan
                                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08