UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA JACKSON,

                     Plaintiff,

            -against-                                      08 Civ. 1064 (LAK)

THE SCOTTS COMPANY,

                     Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On July 3, 2008, the Court granted defendant's motion for sanctions against plaintiff's counsel, Sandra D. Frelix, Esq., pursuant to 28 U.S.C. § 1927 and gave leave to defendant to move to fix the amount. Docket item 56. Defendant now moves to fix the amount of the sanction at $14,193.75. Docket items 62-63. Plaintiff's counsel, as in previous cases, has not responded to the motion although the time within which to do so has expired.

        The Court finds that the time expended was appropriate and the hourly rates, given those prevailing in New York City for comparable attorneys doing comparable work, reasonable.

        Accordingly, defendant's motion [docket item 62] is granted. The Clerk shall enter judgment in favor of defendant and against plaintiff's counsel, Sandra D. Frelix, Esq., in the amount of $14,193.75.

        SO ORDERED.

Dated:     August 18, 2008

                                                               Lewis A. Kaplan
                                                              United States District Judge