# MEMO ENDORSED

**SANDRA D. FRELIX, ESQ.**
ATTORNEY AT LAW
110 WALL STREET, 11th FLOOR
NEW YORK, NEW YORK 10005
212.859.3509 Office
212.862.8212 Fax
917.572.3806 Cell


RECEIVED AUG 27 2008 JUDGE KAPLAN'S CHAMBERS

August 27, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

VIA FACSIMILE
The Hon. Lewis A. Kaplan
United States District Judge
U.S. Courthouse, 500 Pearl Street
New York, New York 10007

Re: <u>Maria Jackson v. The Scotts Company</u>, Index #: 08 Civ. 1064 (LAK)

Dear Judge Kaplan:

I represent the plaintiff in the above-referenced matter. I was released from Mount Sinai Hospital yesterday after a being there for two days. I am respectfully requesting an extension to the defendant's motion to preclude plaintiff from introducing evidence of damages in this action. My doctor is mailing me a doctor's note. Once I am in possession of said doctor's note I will provide you with it.

If you have any questions or concerns regarding the foregoing, please contact me at your earliest convenience.

Time extended
Until 9/17/08

Very truly yours,

Sandra D. Frelix, Esq.

cc: Craig S. Friedman, Esq. via fax
Jones Day

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/2/08